# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PULTE HOMES, INCORPORATED,

          CASE NO. 09-11616

    Plaintiff,

vs.                              HONORABLE MARIANNE O. BATTANI

AMERICAN GUARANTEE         HONORABLE MONA K. MAJZOUB
AND LIABILITY
INSURANCE COMPANY,

    Defendants.         /

## ORDER FOR SUBMISSION AND DETERMINATION
## OF MOTION WITHOUT ORAL HEARING

A **Motion to Compel Discovery** was filed on August 30, 2010 (document no. 43). The motion was filed by the Plaintiff in the above-entitled cause.

A Response, including written brief is to be filed on or before **September 16, 2010.**

**A JOINT Statement of Resolved and Unresolved Issues to be filed on or before October 8, 2010.**

No hearing will be scheduled on this motion.

Inquiries may be directed to the deputy clerk **at 313-234-5206**.


Dated: September 2, 2010        s/Mona K. Majzoub
                                      MONA K. MAJZOUB
                                      UNTIED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify a copy of this Order was served upon Counsel of Record on this date.

Dated: September 2, 2010        s/ Lisa C. Bartlett
                                      Case Manager