EXHIBIT A

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Pulte Homes Corporation                                             March 9, 2011
Michael J. Laramie, Esq.
100 Bloomfield Hills Parkway
Suite 300
Bloomfield Hill, MI  48304

Client/Matter Contact: Michael J. Laramie, Esq.
**Re: American Guarantee**                      Invoice Number:      2100029
                                                Client Number:        609945
Client's Reference No: 200900245                Matter Number:         60007

For Professional Services Rendered Through February 28, 2011

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

REDACTED

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

**REDACTED**

| 02/25/11 | Law | Review correspondence from opposing counsel and participate in meet and confer conference regarding American Guarantee's compliance Order; complete review of American Guarantee's supplemental production. | 2.70 |

**REDACTED**

| 02/25/11 | Heinnickel | Preparations for meet and confer regarding Pulte's Sanctions Motion. | 0.50 |
| 02/25/11 | Heinnickel | Meet and confer regarding sanctions motion. | 0.50 |

**REDACTED**

609945   PULTE HOMES CORP.

60007   American Guarantee
March 9, 2011

Reed Smith LLP

Invoice Number  2100029
Page      3

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

**REDACTED**

Total Hours

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Timothy P. Law | | at $ 425.00 = | |
| Jeremy F. Heinnickel | | at $ 325.00 = | |

**REDACTED**                          **REDACTED**

Total Fees

For Cost Advanced and Expenses Incurred:

**REDACTED**

Current Disbursements

*Total this Invoice*                    **REDACTED**

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Pulte Homes Corporation
Michael J. Laramie, Esq.
100 Bloomfield Hills Parkway
Suite 300
Bloomfield Hill, MI  48304

April 5, 2011

Client/Matter Contact: Michael J. Laramie, Esq.
**Re: American Guarantee**

Client's Reference No: 200900245

| | |
|---|---|
| Invoice Number: | 2109316 |
| Client Number: | 609945 |
| Matter Number: | 60007 |

For Professional Services Rendered Through March 31, 2011

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|

**REDACTED**

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 03/07/11 | Law | Review and revise motion for sanctions; confer with Jeremy Heinnickel regarding motion for sanctions. | 2.00 |
| 03/08/11 | Law | Review and revise and finalize motion for sanctions. | 0.80 |

**REDACTED**

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 03/30/11 | Law | Review response to motion for sanctions and email client with thoughts.  Email to opposing counsel re failure to meet and confer. | 0.70 |
| 03/02/11 | Heinnickel | Researched legal standard for Motion to Sanctions. | 0.80 |

## REDACTED

| | | | |
|---|---|---|---|
| 03/02/11 | Heinnickel | Reviewed American Guarantee's supplemental responses to Pulte's discovery requests and reviewed additional documents produced in preparation of Motion for Sanctions. | 2.20 |
| 03/03/11 | Heinnickel | Drafted introduction and revised remaining sections of Motion for Sanctions. | 1.20 |
| 03/03/11 | Heinnickel | Drafted section of Motion for Sanctions dealing with American Guarantee's failure to provide an adequate response to Interrogatory 13. | 5.00 |

## REDACTED

| | | | |
|---|---|---|---|
| 03/07/11 | Heinnickel | Made changes to Motion for Sanctions based on notes and comments from T. Law. | 1.20 |
| 03/07/11 | Heinnickel | Research on cases applying similar sanctions that were requested in Pulte's motion for sanctions. | 2.80 |
| 03/08/11 | Heinnickel | Additional Revisions to Motion for Sanctions based on comments from T. Law. | 4.00 |

## REDACTED

| | | | |
|---|---|---|---|
| 03/09/11 | Heinnickel | Final review and preparations of Motion for Sanctions and supporting documents. | 2.40 |
| 03/09/11 | Heinnickel | Reviewed exhibits pulled by Nora Sooy for Motion for Sanctions. | 1.00 |

## REDACTED

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

**REDACTED**

609945    PULTE HOMES CORP.

60007    American Guarantee
April 5, 2011

Reed Smith LLP

Invoice Number  2109316
Page     4

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

**REDACTED**

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/29/11 | Heinnickel | Reviewed American Guarantee's response to Pulte's motion for sanctions. | 0.60 |

**REDACTED**

| | | | |
|------|------|-----------|-------|
| 03/09/11 | Sooy | Proofread and cite check motion for sanctions; prepare declaration for J. Heinnickel certifying exhibits; prepare index of exhibits and pull and scan exhibits in preparation for electronic filing.  T/cs and office meetings with J. Heinnickel re same. | 3.60 |

**REDACTED**

609945    PULTE HOMES CORP.

60007    American Guarantee
April 5, 2011

Reed Smith LLP

Invoice Number  2109316
Page     6

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

REDACTED

| 03/30/11 | Sooy | Download exhibits to American Guarantee's motion to compel and opposition to Pulte's motion for sanctions for file. | 0.60 |

REDACTED

Total Hours

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Timothy P. Law | | at $ 425.00 = | |
| Jeremy F. Heinnickel | | at $ 325.00 = | |
| Nora Sooy | | at $ 170.00 = | REDACTED |

Total Fees

For Cost Advanced and Expenses Incurred:

REDACTED

Current Disbursements

*Total this Invoice*

REDACTED

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Pulte Homes Corporation
Michael J. Laramie, Esq.
100 Bloomfield Hills Parkway
Suite 300
Bloomfield Hill, MI  48304

May 16, 2011

Client/Matter Contact: Michael J. Laramie, Esq.
**Re: American Guarantee**

Client's Reference No: 200900245

| | |
|---|---|
| Invoice Number: | 2124573 |
| Client Number: | 609945 |
| Matter Number: | 60007 |

For Professional Services Rendered Through April 30, 2011

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

REDACTED

609945    PULTE HOMES CORP.

60007    American Guarantee
May 16, 2011

Reed Smith LLP

Invoice Number  2124573
Page    2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

**REDACTED**

609945    PULTE HOMES CORP.

60007    American Guarantee
May 16, 2011

Reed Smith LLP

Invoice Number  2124573
Page      3

## TIME DETAIL

| Date | Name | Narrative | Hours |
| --- | --- | --- | --- |

**REDACTED**

609945   PULTE HOMES CORP.

60007   American Guarantee
May 16, 2011

Reed Smith LLP

Invoice Number 2124573
Page    4

## TIME DETAIL

| Date | Name | Narrative | Hours |
| --- | --- | --- | --- |

REDACTED

609945    PULTE HOMES CORP.

60007    American Guarantee
May 16, 2011

Reed Smith LLP

Invoice Number  2124573
Page      5

## TIME DETAIL

| Date | Name | Narrative | Hours |
| --- | --- | --- | --- |

**REDACTED**

609945    PULTE HOMES CORP.

60007    American Guarantee
May 16, 2011

Reed Smith LLP

Invoice Number  2124573
Page    6

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

**REDACTED**

609945    PULTE HOMES CORP.

60007    American Guarantee
May 16, 2011

Reed Smith LLP

Invoice Number 2124573
Page     7

## TIME DETAIL

| Date | Name | Narrative | Hours |
| --- | --- | --- | --- |

**REDACTED**

609945    PULTE HOMES CORP.

Reed Smith LLP

60007    American Guarantee
May 16, 2011

Invoice Number  2124573
Page     8

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

**REDACTED**

609945    PULTE HOMES CORP.

60007    American Guarantee
May 16, 2011

Reed Smith LLP

Invoice Number  2124573
Page    9

**TIME DETAIL**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

**REDACTED**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/04/11 | Sooy | Finalize and electronically file reply brief re: Pulte's Motion for Sanctions. | 0.40 |

**REDACTED**

609945    PULTE HOMES CORP.

60007    American Guarantee
May 16, 2011

Reed Smith LLP

Invoice Number  2124573
Page    10

## TIME DETAIL

| Date | Name | Narrative | Hours |
| --- | --- | --- | --- |

**REDACTED**

609945    PULTE HOMES CORP.

60007    American Guarantee
May 16, 2011

Reed Smith LLP

Invoice Number  2124573
Page    11

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|

**REDACTED**

Total Hours

| Time Summary | | Hours | Rate | Value |
|--------------|--|-------|------|-------|

**REDACTED**

Nora Sooy                              at $ 170.00 =

Total Fees

For Cost Advanced and Expenses Incurred:

**REDACTED**

**REDACTED**

Current Disbursements

*Total this Invoice*

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                    MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
----------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                      LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                     DATE BILLED THRU 07/31/11
----------------------------------------------------------------------------------------------------------

MATTER ADDRESS:
Pulte Homes Corporation
Michael J. Laramie, Esq.
100 Bloomfield Hills Parkway
Suite 300
Bloomfield Hill, MI  48304

PHONE:  593-5858
FAX:    (248) 433-4595
E-MAIL:

REDACTED

| ADJ. | INDEX # | DATE | ***PROFESSIONAL SERVICES*** | TASK CODE | ACT. CODE | ATTY NO. | ATTORNEY NAME | HOURS WORKED | WORKED VALUES | HOURS BILLED | BILLED VALUES |
|------|---------|------|------------------------------|-----------|-----------|----------|----------------|--------------|---------------|--------------|---------------|

REDACTED

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
-----------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                  LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                 DATE BILLED THRU 07/31/11
-----------------------------------------------------------------------------------------------------------

| ADJ. | INDEX # | DATE | ***PROFESSIONAL SERVICES*** | TASK ACT. CODE CODE | ATTY NO. | ATTORNEY NAME | HOURS WORKED | WORKED VALUES | HOURS BILLED | BILLED VALUES |
| ----- | ------- | -------- | --------------------------- | ----- ----- | ----- | ------------------- | ------ | --------- | ------ | --------- |

REDACTED

_____ 56143593  08/22/11 Prepare for oral argument on                    010026 T.P. Law
                            Motion for Sanctions (3.0);

REDACTED

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
-------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                    LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                   DATE BILLED THRU 07/31/11
-------------------------------------------------------------------------------------------------------------

| ADJ. | INDEX # | DATE | ***PROFESSIONAL SERVICES*** | TASK ACT. CODE CODE | ATTY NO. | ATTORNEY NAME | HOURS WORKED | WORKED VALUES | HOURS BILLED | BILLED VALUES |
| ----- | ------- | -------- | --------------------------------- | ----- ----- | ----- | -------------------- | ------ | --------- | ------ | --------- |

**REDACTED**

| | 56143596 | 08/23/11 | Fly to and from Detroit and participate in oral argument on Motion for Sanctions; Report to client regarding oral argument. | | 010026 | T.P. Law | 10.00 | 4250.00 | 10.00 | 4250.00 |

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
----------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                        LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                       DATE BILLED THRU 07/31/11
----------------------------------------------------------------------------------------------------------
                                                 TASK ACT. ATTY      ATTORNEY      HOURS  WORKED HOURS  BILLED
ADJ.    INDEX #  DATE      ***PROFESSIONAL SERVICES***    CODE CODE  NO.      NAME          WORKED VALUES BILLED VALUES
-----   -------  --------  -------------------------------- ----- ----- -----  ------------------- ------ --------- ------ ---------

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law       MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
-----------------------------------------------------------------------------------------------------------------
CLIENT 609945  PULTE HOMES CORP.        LAST DATE BILLED 08/05/11
MATTER 60007   American Guarantee       DATE BILLED THRU 07/31/11
-----------------------------------------------------------------------------------------------------------------

| ADJ. | INDEX # | DATE | ***PROFESSIONAL SERVICES*** | TASK CODE | ACT. CODE | ATTY NO. | ATTORNEY NAME | HOURS WORKED | WORKED VALUES | HOURS BILLED | BILLED VALUES |
|------|---------|------|-----------------------------|-----------|-----------|----------|---------------|--------------|---------------|--------------|---------------|

**REDACTED**

| | 56074388 | 08/18/11 | Reviewed order related to sanctions and discovery motions. | | | 010051 | J.F. Heinnickel | 0.40 | 130.00 | 0.40 | 130.00 |

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
-----------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                       LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                      DATE BILLED THRU 07/31/11
-----------------------------------------------------------------------------------------------------------------

| ADJ. | INDEX # | DATE | ***PROFESSIONAL SERVICES*** | TASK CODE | ACT. CODE | ATTY NO. | ATTORNEY NAME | HOURS WORKED | WORKED VALUES | HOURS BILLED | BILLED VALUES |
| ----- | ------- | -------- | ------------------------------------ | ----- | ----- | ----- | -------------------- | ------ | --------- | ------ | -------- |

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
--------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                   LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                  DATE BILLED THRU 07/31/11
--------------------------------------------------------------------------------------------------------------

| ADJ. | INDEX # | DATE | ***PROFESSIONAL SERVICES*** | TASK CODE | ACT. CODE | ATTY NO. | ATTORNEY NAME | HOURS WORKED | WORKED VALUES | HOURS BILLED | BILLED VALUES |
| ----- | ------- | ------- | ---------------------------------- | ----- | ----- | ----- | ------------------- | ------ | --------- | ------ | --------- |

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
-------------------------------------------------------------------------------------------------------------
CLIENT 609945   PULTE HOMES CORP.                    LAST DATE BILLED 08/05/11
MATTER 60007    American Guarantee                   DATE BILLED THRU 07/31/11
-------------------------------------------------------------------------------------------------------------
                                                TASK ACT. ATTY      ATTORNEY        HOURS   WORKED  HOURS   BILLED
ADJ.   INDEX #  DATE      ***PROFESSIONAL SERVICES*** CODE CODE  NO.      NAME         WORKED  VALUES  BILLED  VALUES
-----  -------  --------  --------------------------- ----- ----- ----- ------------------ ------ --------- ------ ---------

**REDACTED**

_____ 56074521 08/19/11 Prepare binders for T. Law                    010064 N. Sooy          4.70    799.00  4.70     799.00
                         preparation for oral argument on
                         discovery motions filed by both
                         Pulte and American Guarantee with
                         motions, briefs, exhibits,
                         oppositions and supporting cases.

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee               DATE BILLED THRU 07/31/11
------------------------------------------------------------------------------------------------------------
                                                 TASK ACT.  ATTY      ATTORNEY      HOURS   WORKED  HOURS   BILLED
ADJ.    INDEX #  DATE    ***PROFESSIONAL SERVICES***   CODE CODE  NO.       NAME       WORKED  VALUES  BILLED  VALUES
-----   -------  -------- ------------------------------ ----- ----- ----- -------------------- ------ -------- ------ ---------

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                    MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
-----------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                         LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                        DATE BILLED THRU 07/31/11
-----------------------------------------------------------------------------------------------------------------

| ADJ. | INDEX # | DATE | ***PROFESSIONAL SERVICES*** | TASK CODE | ACT. CODE | ATTY NO. | ATTORNEY NAME | HOURS WORKED | WORKED VALUES | HOURS BILLED | BILLED VALUES |
| ----- | ------- | ------- | ------------------------------- | ----- | ----- | ----- | ------------------ | ------ | --------- | ------ | --------- |

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
-------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                   LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                  DATE BILLED THRU 07/31/11
-------------------------------------------------------------------------------------------------------------

                                                     TASK ACT.  ATTY      ATTORNEY      HOURS    WORKED  HOURS    BILLED
ADJ.    INDEX #   DATE     ***PROFESSIONAL SERVICES***    CODE CODE  NO.       NAME        WORKED   VALUES  BILLED   VALUES
-----   -------  -------- ------------------------------ ----- ----- ----- -------------------- ------ --------- ------ ---------

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                    LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                   DATE BILLED THRU 07/31/11
------------------------------------------------------------------------------------------------------------
                                            ***DISBURSEMENTS***

ADJUSTMENT      INDEX #     DATE   REFER-#  CODE    BATCH#   ATTY        DESCRIPTION              AMOUNT  SUBTOTAL
---------------  --------   --------  ------  --------  -------  ------  -----------------------------  -------------  --------


**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                      MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
-------------------------------------------------------------------------------------------------------------------------
CLIENT 609945   PULTE HOMES CORP.                                 LAST DATE BILLED 08/05/11
MATTER 60007    American Guarantee                                DATE BILLED THRU 07/31/11
-------------------------------------------------------------------------------------------------------------------------
                                                  ***DISBURSEMENTS***

| ADJUSTMENT | INDEX # | DATE | REFER-# | CODE | BATCH# | ATTY | DESCRIPTION | AMOUNT | SUBTOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |



**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                  MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
--------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                  LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                 DATE BILLED THRU 07/31/11
--------------------------------------------------------------------------------------------------------------
                                          ***DISBURSEMENTS***

| ADJUSTMENT | INDEX # | DATE | REFER-# | CODE | BATCH# | ATTY | DESCRIPTION | AMOUNT | SUBTOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                    MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
--------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                   LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                  DATE BILLED THRU 07/31/11
--------------------------------------------------------------------------------------------------------------
                                           ***DISBURSEMENTS***

  ADJUSTMENT      INDEX #     DATE   REFER-#  CODE    BATCH#   ATTY        DESCRIPTION              AMOUNT  SUBTOTAL
 --------------   --------   ------- -------  -------- ------- ------  --------------------------- ------------ --------

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                    MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
--------------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                              LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                             DATE BILLED THRU 07/31/11
--------------------------------------------------------------------------------------------------------------------
                                           ***DISBURSEMENTS***

  ADJUSTMENT        INDEX #        DATE   REFER-#   CODE    BATCH#   ATTY         DESCRIPTION              AMOUNT   SUBTOTAL
--------------    --------     --------  -------  --------  -------  ------  ------------------------------  -------------  --------


**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                    MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
--------------------------------------------------------------------------------------------------------------------
CLIENT 609945   PULTE HOMES CORP.                       LAST DATE BILLED 08/05/11
MATTER 60007    American Guarantee                      DATE BILLED THRU 07/31/11
--------------------------------------------------------------------------------------------------------------------
                                           ***DISBURSEMENTS***

ADJUSTMENT      INDEX #    DATE   REFER-#  CODE    BATCH#   ATTY          DESCRIPTION                  AMOUNT  SUBTOTAL
--------------- --------  -------- ------- -------- ------- ------  --------------------------------  ------------- --------

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
--------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                    LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                   DATE BILLED THRU 07/31/11
--------------------------------------------------------------------------------------------------------
                                          ***DISBURSEMENTS***
--------------------------------------------------------------------------------------------------------

ADJUSTMENT      INDEX #     DATE   REFER-#  CODE   BATCH#   ATTY        DESCRIPTION              AMOUNT   SUBTOTAL
--------------  --------    ------- -------  ------- -------  ------  ----------------------------- ------------- --------


**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                    MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
--------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                       LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                      DATE BILLED THRU 07/31/11
--------------------------------------------------------------------------------------------------------------
                                             ***DISBURSEMENTS***

    ADJUSTMENT       INDEX #     DATE    REFER-#   CODE     BATCH#   ATTY          DESCRIPTION              AMOUNT   SUBTOTAL
---------------     --------    --------  -------  --------  -------  ------  ------------------------------ ------------- --------

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                    MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
----------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                        LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                       DATE BILLED THRU 07/31/11
----------------------------------------------------------------------------------------------------------------
                                        ***DISBURSEMENTS***

  ADJUSTMENT      INDEX #     DATE   REFER-#  CODE    BATCH#   ATTY        DESCRIPTION              AMOUNT  SUBTOTAL
----------------  --------   -------- -------  -------- -------  ------  ------------------------------  --------------  --------

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                  MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
--------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                        LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                       DATE BILLED THRU 07/31/11
--------------------------------------------------------------------------------------------------------
                                          ***DISBURSEMENTS***

   ADJUSTMENT        INDEX #      DATE   REFER-#  CODE     BATCH#   ATTY        DESCRIPTION            AMOUNT   SUBTOTAL
---------------     --------    -------  -------  -------- -------  ------  ------------------------------  --------------  --------

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                  MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
----------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                          LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                         DATE BILLED THRU 07/31/11
----------------------------------------------------------------------------------------------------------------
                                               ***DISBURSEMENTS***
----------------------------------------------------------------------------------------------------------------

  ADJUSTMENT      INDEX #    DATE   REFER-#  CODE   BATCH#  ATTY         DESCRIPTION              AMOUNT  SUBTOTAL
----------------  -------- -------- ------- -------- ------- ------ ----------------------------- ---------- --------

**REDACTED**

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                      MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
------------------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                          LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                         DATE BILLED THRU 07/31/11
------------------------------------------------------------------------------------------------------------------------
                                             ***DISBURSEMENTS***

  ADJUSTMENT      INDEX #     DATE   REFER-#  CODE   BATCH#  ATTY        DESCRIPTION              AMOUNT  SUBTOTAL
---------------  --------   -------- -------  ------ ------- ------  ------------------------    -------- --------

**REDACTED**

_____   63963020   08/23/11 64375    71    1919909  TPL    Parking/Tolls/Other Transportation     11.94
                                                                     Parking - VENDOR: Timothy P. Law,

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law                    MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
------------------------------------------------------------------------------------------------------------
CLIENT 609945    PULTE HOMES CORP.                      LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                     DATE BILLED THRU 07/31/11
------------------------------------------------------------------------------------------------------------
                                       ***DISBURSEMENTS***

| ADJUSTMENT | INDEX # | DATE | REFER-# | CODE | BATCH# | ATTY | DESCRIPTION | AMOUNT | SUBTOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Aug 23, 2011 Motion hearing. | | |

**REDACTED**

| ADJUSTMENT | INDEX # | DATE | REFER-# | CODE | BATCH# | ATTY | DESCRIPTION | AMOUNT | SUBTOTAL |
|---|---|---|---|---|---|---|---|---|---|
| _____ | 63963022 | 08/23/11 | 64375 | 72 | 1919909 | TPL | Air Travel Expense Airfare - VENDOR: Timothy P. Law, Aug 23, 2011 Motion hearing. Philadelphia/Detroit/Philadelphia | 1,335.40 | |

**REDACTED**

| ADJUSTMENT | INDEX # | DATE | REFER-# | CODE | BATCH# | ATTY | DESCRIPTION | AMOUNT | SUBTOTAL |
|---|---|---|---|---|---|---|---|---|---|
| _____ | 63963021 | 08/23/11 | 64375 | 75 | 1919909 | TPL | Taxi Expense Taxi - VENDOR: Timothy P. Law, Aug 23, 2011 Motion hearing. | 50.00 | |

**REDACTED**

| ADJUSTMENT | INDEX # | DATE | REFER-# | CODE | BATCH# | ATTY | DESCRIPTION | AMOUNT | SUBTOTAL |
|---|---|---|---|---|---|---|---|---|---|
| _____ | 63963018 | 08/23/11 | 64375 | 77 | 1919909 | TPL | Meal Expense Dinner - VENDOR: Timothy P. Law, Aug 23, 2011 Motion hearing. | 31.49 | |
| _____ | 63963019 | 08/23/11 | 64375 | 77 | 1919909 | TPL | Meal Expense Lunch - VENDOR: Timothy P. Law, Aug 23, 2011 | 12.60 | |

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law         MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
```
CLIENT 609945    PULTE HOMES CORP.                    LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                   DATE BILLED THRU 07/31/11
```

***DISBURSEMENTS***

| ADJUSTMENT | INDEX # | DATE | REFER-# | CODE | BATCH# | ATTY | DESCRIPTION | AMOUNT | SUBTOTAL |
|------------|---------|------|---------|------|--------|------|-------------|--------|----------|
| | | | | | | | Motion hearing. | | |

**REDACTED**

--------- DISBURSEMENT SUMMARY ------------

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**REDACTED**

ATTORNEY SUMMARY

ATTORNEY RESPONSIBLE FOR BILLING THE MATTER: 010026 T.P. Law
CLIENT RESPONSIBLE ATTORNEY: 010026 T.P. Law              | MATTER RESPONSIBLE ATTORNEY: 010026 T.P. Law
-----------------------------------------------------------------------------------------------------------

CLIENT 609945    PULTE HOMES CORP.                  LAST DATE BILLED 08/05/11
MATTER 60007     American Guarantee                 DATE BILLED THRU 07/31/11
-----------------------------------------------------------------------------------------------------------

ATTORNEY SUMMARY

| ATTY | STATUS | ATTORNEY NAME | AGREED RATE | HOURS | VALUE AT BUDGET RATES | VALUE AT AGREED RATES | LAST-ENTRY |
|------|--------|---------------|-------------|-------|-----------------------|-----------------------|------------|
|      | Fix.Sh.Partner | T.P. Law | 425.00 | | | | |
|      | Associate | J.F. Heinnickel | 325.00 | | | | |
|      | Paralegal | N. Sooy | 170.00 | | | | |

REDACTED

REDACTED

REDACTED

NET AMOUNT BILLABLE          REDACTED